JULIE A. GOLDBERG, ESQ., SBN 235565
GOLDBERG & ASSOCIATES
5586 Broadway, Third Floor
Bronx, NY 10463
Tel: (718) 432-1022
Email: ecf@goldbergimmigration.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSR A. MOHAMED, et al. | Case No. 1:19-cv-01345-DAD-SKO |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME** |
| MICHAEL R. POMPEO, et al. | |
| Defendants. | |

The Court ordered the parties to file supplemental briefing regarding Plaintiffs' Motion for Attorneys' Fees. [ECF 46]. Plaintiffs' brief was ordered filed by October 27, 2021. [ECF 46]. Defendants' brief was ordered filed by November 10, 2021. [ECF 46]. Parties respectfully seek one-week extension of time on the current briefing schedule. Parties hereby stipulate to the following briefing schedule:

1) Plaintiffs' Supplemental Brief is due on or before November 3, 2021.

2) Defendants' Reply to Plaintiffs' Supplemental Brief is due on or before November 17, 2021.

Dated: October 27, 2021                    Respectfully Submitted,

                                                                            GOLDBERG & ASSOCIATES

                                                 By:    /s/ Julie Goldberg
                                                                  Julie A. Goldberg, Esq.
                                                                  *Attorney for Plaintiffs*


                                                                  PHILLIP A. TALBERT
                                                                  Acting United States Attorney

Dated: October 27, 2021                    /s/ Audrey B. Hemesath
                                                                  Audrey B. Hemesath
                                                                  Assistant United States Attorney

                                                               **ORDER**

IT IS SO ORDERED.
 Dated:    October 27, 2021

                                                                  */s/ Dale A. Drozd*
                                                 UNITED STATES DISTRICT JUDGE